1    Mark R. Vermeulen  [CSBN 115381]
     Law Office of Mark R. Vermeulen
2    755 Florida Street #4
     San Francisco, CA  94110.2044
3    Phone: 415.824.7533
     Fax: 415.824.4833
4    vermeulen@mindspring.com

5    Attorney for Defendant
     CHASE MCMILLON

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11   UNITED STATES OF AMERICA,        No. 4-14-70823

12              Plaintiff,            **STIPULATION AND [Proposed] ORDER**

13        v.

14   CHASE MCMILLON, AARON BROWN,
     and DEMARRIE FOSTER,
15
              Defendants.
16

17        The Court has set the following hearing dates for the respective defendants:  Defendant

18   McMillon is set for June 24, 2014 for detention; Defendant Foster is set for June 26, 2014 for

19   appointment of counsel; and Defendant Brown is set for July 1, 2014 for status on detention and for

20   preliminary hearing or arraignment.  The parties have discussed the matter.  Defendant Foster wishes to

21   maintain the June 26, 2014 court date.  Defendant Brown wishes to continue the July 1, 2014 date for

22   status on detention until July 9, 2014, and all the parties wish to stipulate to set the preliminary hearing

23   or arraignment for July 9, 2014 at 9:30 a.m., with the anticipation that by that time an indictment will

24   have been returned.  The parties also request that the Court extend the time limits provided by Federal

25   Rule of Criminal Procedure 5.1(c).

26        Pursuant to Rule 5.1(d), the defendants and the government consent to the extension of time, and

27   the parties represent that good cause exists for this extension, including the effective preparation of

28   counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  For the same reasons, the parties also request that the





Court exclude from the time limits of 18 U.S.C. § 3161 the period from the date of this order to July 9,

2014. The parties also agree that the ends of justice served by granting such an exclusion of time

outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §

3161(h)(7)(A).

IT IS SO STIPULATED.

Dated:  June 24, 2014

Melinda Haag
United States Attorney


/S/_____
Damali A. Taylor
Assistant United States Attorney

Dated: June 24, 2014

/S/_____
Mark R. Vermeulen
Attorney for Defendant CHASE MCMILLON

Dated: June 24, 2014

/S/_____
John Paul Reichmuth
Attorney for Defendant AARON BROWN

Dated: June 24, 2014

/S/_____
James Phillip Vaughns
Attorney for Defendant DEMARRIE FOSTER

### ORDER

For the reasons stated above, the Court maintains the currently set individual hearing dates set

forth above. The Court also sets July 9, 2014 at 9:30 a.m. as the date for the arraignment or preliminary

hearing. The Court also continues Defendant Brown's July 1, 2014 date for status on detention until

July 9, 2014. The Court finds that an extension of time limits applicable under Federal Rule of Criminal

Procedure 5.1(c) from the date of this order through July 9, 2014 is warranted; that exclusion of this

period from the time limits applicable under 18 U.S.C. § 3161is warranted; that the ends of justice

served by the continuance outweigh the interests of the public and the defendant in the prompt

disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny

STIPULATION AND [Proposed] ORDER

counsel for the defendant and for the government the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: June 25, 2014

_____
Kandis A. Westmore
United States Magistrate Judge